UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG STEPHEN SHIPLEY,

    Petitioner,

    v.

GARY SWARTHOUT, Warden,

    Respondent.
                            /

No. C 12-5041 SI (pr)

**ORDER DENYING REQUEST FOR COUNSEL**

Petitioner requests that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The request for appointment of counsel is DENIED. (Docket # 4.)

IT IS SO ORDERED.

DATED: November 1, 2012

                                               SUSAN ILLSTON
                                               United States District Judge