UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG STEPHEN SHIPLEY,

    Petitioner,

    v.

GARY SWARTHOUT, Warden,

    Respondent.
                                    /

No. C 12-5041 SI (pr)

**ORDER EXTENDING TRAVERSE DEADLINE AND DENYING SECOND REQUEST FOR COUNSEL**

    Petitioner's request for an extension of the deadline to file a traverse is GRANTED. (Docket # 7.) Petitioner must file and serve his traverse no later than **February 28, 2013**.

    Petitioner's second request for appointment of counsel is DENIED for the same reasons his first request was denied. (Docket # 8.) Additionally, the court notes that the lone claim asserted in the federal habeas petition was briefed on direct appeal in state court, where petitioner was represented by counsel.

    IT IS SO ORDERED.

DATED: January 9, 2013

                                                    SUSAN ILLSTON
                                                    United States District Judge