UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG STEPHEN SHIPLEY, | No. C 12-5041 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: January 17, 2014

SUSAN ILLSTON
United States District Judge