UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG STEPHEN SHIPLEY, | No. C 12-5041 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Petitioner has sent to the court a letter requesting "an extension to file the necessary paperwork needed to continue [his] appeal in the 9th Circuit or higher court." Docket # 27. The request is DENIED because it was filed in the wrong court. This court denied the petition for writ of habeas corpus and denied a certificate of appealability on January 17, 2014, and the Ninth Circuit denied the certificate of appealability on October 20, 2014. Given those rulings, it is not clear what petitioner intends to do to continue his appeal, but it is clear sthat this court has no authority to order the Ninth Circuit to extend any deadline. If petitioner wants an extension of time in the Ninth Circuit, he needs to file a request in that court.

IT IS SO ORDERED.

DATED: November 17, 2014

_____
SUSAN ILLSTON
United States District Judge